UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YONAS GUGSA,

        Petitioner,

v.

JEFFERSON SESSIONS, et al.,

        Respondents.

Case No. C17-1051-JCC-JPD

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. Dkt. 4. Having considered petitioner's request, his financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1)     The Court is in receipt of a letter from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated that he is financially eligible for such appointment. *See id.* Accordingly, petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 1

(2) The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable John C. Coughenour.

Dated this 14th day of August, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 2