UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YONAS GUGSA,<br><br>               Petitioner,<br><br>    v.<br><br>JEFFERSON SESSIONS, *et al.*,<br><br>               Respondents. | CASE NO. C17-1051-JCC<br><br>ORDER OF DISMISSAL |

Having reviewed the report and recommendation (Dkt. No. 9) of the Honorable James P. Donohue, Chief United States Magistrate Judge; the lack of objections thereto; and the remaining record, the Court ORDERS:

(1) The report and recommendation (Dkt. No. 9) is ADOPTED.

(2) The parties' joint stipulation (Dkt. No. 8) is GRANTED.

(3) This action is DISMISSED with prejudice.

(4) Each side shall bear their own fees and costs.

(5) The Clerk shall send copies of this order to the parties and to Judge Donohue.

//

//

//

//

DATED this 22nd day of August, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE